## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK

******************************

**UNITED STATES OF AMERICA**

        v.

**KEVIN JOHNSON,**

        **Defendant**

******************************

Criminal No. 7:09 CR-182 (GHL)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, an attorney duly admitted to practice in the courts of the State of New York and the Northern District of New York appears on behalf of the defendant Kevin Johnson in the above entitled matter.

**PLEASE TAKE FURTHER NOTICE** that this matter is next scheduled to be heard at 9:00 o'clock in the forenoon on May 20, 2009.

Dated: May 15, 2009

    S/Lionel Lee Hector
    Lionel Lee Hector, Attorney for Defendant
    Bar Roll Number 509686
    One Public Square, Suite 27
    Watertown, New York 13601
    Telephone:  (315) 779-0999