UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

Kevin Johnson

09-CR-182   (GHL)

Defendant.

---

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

I have been informed of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge. I hereby waive, that is, give up, my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate judge.

Dated: 5/20/09

_____          _____
Defendant's Attorney                                       Defendant